AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

W CHAPPELL MUSIC CORP. dba WC MUSIC CORP., et al.

*Plaintiff(s)*

v.  Civil Action No. RDB 23-cv-1530

PLUG UGLY'S HOSPITALITY GROUP, LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK BOGOSH
60 GEORGE ROAD
PASADENA, MD 21122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HEATHER L. MITCHELL
VENABLE LLP
750 E. PRATT STREET, SUITE 900
BALTIMORE, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/07/2023



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| W CHAPPELL MUSIC CORP. dba WC MUSIC CORP., et al.<br><br>*Plaintiff(s)*<br>v.<br>PLUG UGLY'S HOSPITALITY GROUP, LLC, et al.<br><br>*Defendant(s)* | Civil Action No.  RDB 23-cv-1530 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLUG UGLY'S HOSPITALITY GROUP, L.L.C.
2908 O'DONNELL STREET
BALTIMORE, MD 21224
SERVE ON: Mark Bogosh
         60 George Road
         Pasadena, MD 21122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HEATHER L. MITCHELL
VENABLE LLP
750 E. PRATT STREET, SUITE 900
BALTIMORE, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/07/2023



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

W CHAPPELL MUSIC CORP. dba WC MUSIC CORP., et al.

*Plaintiff(s)*

v.

PLUG UGLY'S HOSPITALITY GROUP, LLC, et al.

*Defendant(s)*

Civil Action No.  RDB 23-cv-1530

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THOMAS A. WELSCH, JR.
3044 HUDSON STREET
BALTIMORE, MD 21224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HEATHER L. MITCHELL
VENABLE LLP
750 E. PRATT STREET, SUITE 900
BALTIMORE, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/07/2023



*Deputy Clerk*